# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

June 21, 2016

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 16-20231    Newton Schwartz, Sr. v. Ted Cruz
                    USDC No. 4:16-CV-106

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Amanda Sutton-Foy, Deputy Clerk
504-310-7670

Mr. David J. Bradley
Mr. Layne E. Kruse
Mr. Newton Boris Schwartz Sr.
Mr. S. Lee Whitesell