# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

---

No. 16-20231

---

NEWTON BORIS SCHWARTZ, SR.,

    Plaintiff - Appellant

v.

TED CRUZ, also known as Rafael Edward Cruz,

    Defendant - Appellee

**A True Copy**
Certified order issued Jun 21, 2016

*Tyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

---

Appeal from the United States District Court for the
Southern District of Texas, Houston

---

Before CLEMENT, ELROD, and SOUTHWICK, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that appellee's opposed motion to dismiss appeal as moot is DENIED.

    IT IS FURTHER ORDERED that appellee's opposed alternative motion for summary affirmance is GRANTED.